JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
OSCAR GONZALEZ DE LLANO, DCBN 491042
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4818
Facsimile: (415) 744-0134
Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VALARIE TAMIKA WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 2:23-cv-00044-VCF<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE CERTIFIED ADMINISTRATIVE RECORD AND ANSWER; [PROPOSED] ORDER**<br><br>(*FIRST REQUEST*) |

Defendant, Kilolo Kijakazi, Acting Commissioner of Social Security (the "Commissioner"), by and through the undersigned attorneys, hereby moves for a forty-five day extension of time to file the Certified Administrative Record (CAR) and answer to Plaintiff's Complaint. The CAR and answer to Plaintiff's Complaint are due to be filed by March 7, 2023.

The certified administrative record (CAR) in this case has not been finalized for filing. The agency's Office of Appellate Operations (OAO) is responsible for preparation of CARs. Counsel for the Commissioner is in contact with OAO to ensure that the CAR is properly certified for filing. Despite diligent efforts OAO has indicated it still needs additional time to prepare the CAR. OAO has recently been dealing with some staff shortages, changes in their processes and a surge of new filings which has led to some delays in production of CARs. Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that he has no objections to an extension of forty-five days. The Commissioner asks for this extension with the understanding that if the certified administrative record becomes available to the Office of the General Counsel before the requested date, the record will be filed earlier when feasible.

This request is made in good faith and is not intended to delay the proceedings in this matter. It is therefore respectfully requested that Defendant be granted an extension of time to file the CAR and answer to Plaintiff's Complaint, through and including April 21, 2023.

Dated: March 6, 2023                    Respectfully submitted,

                                        JASON M. FRIERSON
                                        United States Attorney

                                        /s/ *Oscar Gonzalez de Llano*
                                        Oscar Gonzalez de Llano
                                        Special Assistant United States Attorney

Unopposed Mot. for Ext.

## CERTIFICATE OF SERVICE

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 6401 Security Boulevard, Baltimore, MD 21235. I am not a party to the above-entitled action. On the date set forth below, I caused service of **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE CERTIFIED ADMINISTRATIVE RECORD AND ANSWER; [PROPOSED] ORDER** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice of the filing:

Gerald Morris Welt
Gerald M. Welt, Chtd.
411 E. Bonneville Ave., #505
Las Vegas, NV 89101
Email: gmwesq@weltlaw.com

Marc V. Kalagian
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway,
Suite C115
Santa Fe Springs, CA 90670
Email: marc.kalagian@rksslaw.com

I declare under penalty of perjury that the foregoing is true and correct.

      Dated: March 6, 2023

                                        /s/ *Oscar Gonzalez de Llano*
                                        Oscar Gonzalez de Llano
                                        Special Assistant United States Attorney

JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
OSCAR GONZALEZ DE LLANO, DCBN 491042
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4818
Facsimile: (415) 744-0134
Email: oscar.gonzalez@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VALARIE TAMIKA WILLIAMS, | Case No.: 2:23-cv-00044-VCF |
| Plaintiff, | |
| vs. | [~~PROPOSED~~] ORDER GRANTING EXTENSION OF TIME |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon Defendant's Motion for Extension of Time to File Certified Administrative Record and Answer, and for good cause shown, **IT IS ORDERED** that the date on which Defendant's answer is due is extended by forty-five days, from March 7, 2023 to April 21, 2023. Defendant shall file the answer on or before April 21, 2023.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 3-7-2023

[Proposed] Order