# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

VALARIE TAMIKA WILLIAMS,

    Plaintiff(s),

v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant(s).

2:23-cv-00044-VCF

**ORDER**

Before the court is *Valarie Tamika Williams v. Kilolo Kijakazi*, case no. 2:23-cv-44-VCF.

The time to file an answer to the complaint was extended to April 21, 2023. (ECF No. 13). To date, no answer has been filed.

Pursuant to Local Rule IA 11-8, "[t]he Court may, after notice and opportunity to be heard, impose any and all appropriate sanctions on an attorney or party who, without just cause: (a) Fails to appear when required for pretrial conference, argument on motion, or trial; (b) Fails to prepare for a presentation to the Court; (c) Fails to comply with these Rules; or, (d) Fails to comply with any order of this Court."

Here, defendant has failed to comply with the Court's order. (ECF No. 13).

Accordingly,

IT IS HEREBY ORDERED any answer/response to the complaint, must be filed on or before May 2, 2023. If no answer/response is filed by May 2, 2023, the court may impose case dispositive sanctions.

DATED this 25th day of April 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE