Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Valarie Tamika Williams

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| VALARIE TAMIKA WILLIAMS, | Case No.: 2:23-cv-00044-VCF |
| Plaintiff, | STIPULATION FOR DISMISSAL |
| vs. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE CAM FERENBACH, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between Valarie Tamika Williams ("Plaintiff") and KILOLO KIJAKAZI as the Acting Commissioner of Social Security ("Defendant"), that this matter be dismissed with prejudice, each party to bear its own fees, costs, and expenses. The parties enter into this stipulation

///

pursuant to the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), requiring no separate order of the Court.

DATE: May 8, 2023     Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

BY: /s/ *Marc V. Kalagian*
_____
Marc V. Kalagian
Attorney for plaintiff Valarie Tamika Williams

DATE: May 8, 2023     JASON M. FRIERSON
United States Attorney

/s/ *Oscar Gonzalez De Llano*
_____
OSCAR GONZALEZ DE LLANO
Special Assistant United States Attorney
Attorneys for Defendant KILOLO KIJAKAZI,
Acting Commissioner of Social Security
(Per e-mail authorization)

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  5-9-2023

-2-

**CERTIFICATE OF SERVICE
FOR CASE NUMBER 2:23-CV-00044-VCF**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on May 8, 2023.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Marc V. Kalagian*

_____
Marc V. Kalagian
Attorneys for Plaintiff